UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA THOMPSON,

    Plaintiff,

Case No. 17-cv-12731
Hon. Matthew F. Leitman

v.

BOTSFORD GENERAL
HOSPITAL, *et al.*,

    Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT BOTSFORD GENERAL HOSPITAL'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF #13) AS MOOT

On August 21, 2017, Plaintiff Sheila Thompson filed this action against Defendants Botsford General Hospital and Fatyma Harris. (*See* Compl., ECF #1.) The Complaint asserted that the Defendants discriminated against Thompson in violation of 42 U.S.C. § 1981. (*See id.*) On November 28, 2017, Botsford General Hospital filed a motion for judgment on the pleadings in which it attacked the sufficiency of the allegations. (*See* ECF #13.) Thompson filed a response to the motion in which she argued that the allegations were sufficient but also stated that she could amend the Complaint to add additional factual allegations to meet the pleading requirements. (*See* Response, ECF #16 at Pg. ID 106.)

1

On March 2, 2018, the Court entered an order in which it granted Thompson leave to amend the Complaint. (*See* ECF #22.)  In that order, the Court stated that it would deny without prejudice the motion for judgment on the pleadings as moot if Thompson filed an Amended Complaint. (*See id.* at Pg. ID 135.)  On March 16, 2018, Thompson filed an Amended Complaint. (*See* ECF #23.)

Accordingly, **IT IS HEREBY ORDERED** that Defendant Botsford General Hospital's motion for judgment on the pleadings is **DENIED WITHOUT PREJUDICE** as **MOOT**.

Dated:  March 22, 2018

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764