UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA THOMPSON,

    Plaintiff,

v.

BOTSFORD GENERAL
HOSPITAL, *et al.*,

    Defendants.
_____/

Case No. 17-cv-12731
Hon. Matthew F. Leitman

# ORDER (1) DENYING DEFENDANT BOTSFORD GENERAL HOSPITAL'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF #26) AND (2) CONCERNING DISCOVERY

In this action, Plaintiff Sheila Thompson ("Thompson") asserts that Defendants Botsford General Hospital, her former employer, and Fatyma Harris, her former supervisor, discriminated against her on the basis of her race in violation of 42 U.S.C. § 1981. (*See* Am. Compl., ECF #23.) On March 29, 2018, Botsford General Hospital filed a second motion for judgment on the pleadings. (*See* ECF #26.) The Court held a hearing on that motion on August 10, 2018.

For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that:

1. Botsford General Hospital's Second Motion for Judgment on the Pleadings (ECF #26) is **DENIED**; and

1

2. Discovery shall proceed in phases in this action. The initial phase shall commence now and include only the following components:

   a. interrogatories and/or document requests concerning whether other employees at Botsford General Hospital have been accused of the conduct that allegedly led to the termination of Thompson's employment and, if so, the discipline or consequences those employees faced for that conduct;

   b. interrogatories and/or document requests concerning Defendant Harris' role in the termination of Thompson's employment; and

   c. the deposition of Thompson.

3. The initial phase of discovery shall be completed by October 15, 2018. The Court will set an in person status conference to be held once the initial phase is completed.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 14, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 14, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764