UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA THOMPSON,

    Plaintiff,

v.

BOTSFORD GENERAL
HOSPITAL, *et al.*,

    Defendants.

Case No. 17-cv-12731
Hon. Matthew F. Leitman

_____/

## ORDER RESOLVING MOTION TO AMEND/CORRECT DOCKET (ECF #31)

On October 6, 2017, the law firm of Butzel Long filed an Appearance on behalf of both Defendants in this action: Botsford General Hospital and Fatyma Harris. (ECF #8.) Butzel Long has now filed a Motion to Amend/Correct the Docket in which it asks the Court to remove that Appearance from the docket. (ECF #31.) In the motion, Butzel Long explains that it appeared on Ms. Harris' behalf in error and that it represents only Botsford General Hospital. (*Id.*) Plaintiff has not responded to the motion.

Rather than striking Butzel Long's Appearance form the docket in toto, the Court will deem the Appearance to have been filed on behalf of Botsford General Hospital only. The Court directs the Clerk of the Court to take all appropriate actions to amend the docket to reflect Butzel Long represents only Botsford General

1

Hospital and not Ms. Harris. The docket shall reflect that no attorney has appeared in this action on behalf of Ms. Harris and that Butzel Long has appeared only on behalf of Botsford General Hospital.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 9, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 9, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764