UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA THOMPSON,

     Plaintiff,                     Case No. 17-cv-12731
                                          Hon. Matthew F. Leitman

v.

BOTSFORD GENERAL
HOSPITAL, *et al.*,

     Defendants.

_____/

## ORDER ON STATUS CONFERENCE

On October 23, 2018, the Court held an on-the-record in-person status conference in this action. For the reasons discussed with counsel at the status conference, **IT IS HEREBY ORDERED** as follows:

- The Court's October 9, 2018, order for Plaintiff to show cause why her claims against Defendant Fatyma Harris should not be dismissed (ECF #35) is **VACATED** and Plaintiff's claims against Harris are **DISMISSED WITHOUT PREJUDICE**; and

- The parties shall complete the discovery discussed on the record by no later than **December 24, 2018**. Following this period of discovery, the Court will hold a telephonic status conference with counsel for all parties.

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
Dated:  October 23, 2018         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 23, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764