UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA THOMPSON,

    Plaintiff,    Case No. 17-cv-12731
                                      Hon. Matthew F. Leitman
v.

BOTSFORD GENERAL
HOSPITAL, *et al.*,

    Defendants.
_____/

## ORDER DIRECTING DEFENDANT BOTSFORD GENERAL HOSPITAL TO FILE CERTAIN RECORDS UNDER SEAL

On December 10, 2018, Defendant Botsford General Hospital filed a motion to strike certain medical records on the grounds that the records are stolen and privileged. (*See* Motion to Strike, ECF #39.) Plaintiff failed to respond to the motion within the time period set forth under the Local Rules and then failed to respond by an extended deadline granted by the Court. The Court is now prepared to evaluate and rule upon the motion to strike. Before the Court can rule, it must review the records that are the subject of the motion. Accordingly, the Court directs Defendant Botsford General Hospital to **file under seal** the records that are the subject of the motion to strike. Botsford shall complete the filing by **February 1, 2019.**

    **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated: January 30, 2019            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2019, by electronic means and/or ordinary mail.

                                                  <u>s/Holly A. Monda</u>
                                                  Case Manager
                                                  (810) 341-9764